USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCIS BRACONE,

                Plaintiff,

-v-

METRO-NORTH COMMUTER RAILROAD,

                Defendant.

**ORDER**

24-CV-6321 (JMF) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      By an Order of Reference dated November 14, 2024, this case was referred to Judge Cave for settlement. Dkt. No. 17. Judge Furman directed the parties to contact Judge Cave to schedule a settlement conference. *Id.* Subsequently, the case was reassigned to me. As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive. In order to ensure that a settlement conference occurs before the close of fact discovery on March 18, 2025, the parties should contact chambers with proposed dates at least four weeks before they wish to hold the settlement conference. The parties are also directed to review the

1

2

"Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: November 18, 2024
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge