

420 Lexington Avenue  
New York, NY 10170  
www.mta.info

**Justin Vonashek**  
President

# MTA Metro-North Railroad

July 23, 2025

Hon. Jesse M. Furman  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007  
<u>Via ECF</u>

    *Re:*    **Bracone v. Metro North Railroad Company**  
              <u>24 CV 06321 (JMF)</u>

Dear Judge Furman:

Defendant Metro-North respectfully submits this letter as directed by the Court's July 7, 2025 Order to inform the Court that intends to move for summary judgment in this case. By the same Order, Defendant's motion is to be filed by August 22, 2025. After conferring with counsel, Plaintiff requests until September 19th to file his opposition. Defendant will file any reply by October 3rd with the Court's approval.

Given the anticipated motion practice, the parties request that the July 29th Pretrial Conference be adjourned until the motion has been decided, and that the date by which a Joint Pretrial Order is to be submitted also be extended accordingly. In addition to the motion, Mr. Constable is scheduled to be on trial next week in the Eastern District of New York.

The parties thank the Court for its consideration of these requests.

Eamonn Foley, General Counsel  
Metro-North Commuter Railroad

By: _____  
     Andrew Muccigrosso  
     Attorney for Defendant Metro-North  
     420 Lexington Avenue, 11th Floor.  
     New York, New York 10170  
     (212) 340-2538

Application GRANTED. The pretrial conference scheduled for July 29, 2025, is ADJOURNED *sine die*; and the deadline for filing the Joint Pretrial Order is EXTENDED to thirty days following the Court's ruling on the motion for summary judgment. The Clerk of Court is directed to terminate ECF No. 29.

SO ORDERED  
*[signature]*  
July 24, 2025