UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/6/2026__

FRANCIS BRACONE,

                    Plaintiff,

        -v-

METRO-NORTH COMMUTER RAILROAD,

                    Defendant.

**ORDER**

24-CV-6321 (JMF)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's February 12, 2026 order, ECF No. 43 (the "Order"), the parties were directed to submit certain materials via email to the undersigned by March 5, 2026 in advance of the March 26, 2026 settlement conference. To date, the undersigned has not received these materials from the defendant. Defendant is directed to submit the materials described in the Order via email to RicardoNYSDChambers@nysd.uscourts.gov by **March 10, 2026.**

**SO ORDERED.**

Dated: March 6, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge